IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN RE VERSUM MATERIALS, INC. STOCKHOLDER LITIGATION | § § § § § § § | No. 266, 2020<br><br>Court Below – Court of Chancery of the State of Delaware<br><br><br>C.A. No. 2019-0206-JTL |

Submitted: February 10, 2021
Decided: February 22, 2021

Before **SEITZ**, Chief Justice; **VALIHURA**, **VAUGHN**, **TRAYNOR** and **MONTGOMERY-REEVES**, Justices, constituting the Court *en Banc*.

## ORDER

On this 22nd day of February, 2021, after careful consideration of all briefs and the record on appeal, and after oral argument, we find it evident that the final judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the July 16, 2020 Bench Ruling and the July 17, 2020 Order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice